**Order entered September 11, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00310-CR

**DAVID HERRERA GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-53582-J**

## ORDER

Before the Court is appellant's September 9, 2019 third motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **October 9, 2019**. If appellant's brief is not filed by October 9, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.


/s/ LANA MYERS
JUSTICE